# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32786**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Brandon L. DOUCETTE**
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 30 January 2025

————————————

*Military Judge*: Lance R. Smith.

*Sentence*: Sentence adjudged 25 April 2024 by SpCM convened at McConnell Air Force Base, Kansas. Sentence entered by military judge on 20 May 2024: Bad-conduct discharge, confinement for 35 days, reduction to E-1, and a reprimand.

*For Appellant*: Captain Jordan L. Grande, USAF.

*For Appellee*: Lieutenant Colonel Jenny A. Liabenow, USAF; Mary Ellen Payne, Esquire.

Before RICHARDSON, MASON, and KEARLEY, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

————————————

PER CURIAM:

As entered, the findings are correct in law, and the sentence is correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d). *See* National Defense Authorization Act for Fiscal Year 2021, Pub. L.

No. 116-283, § 542(b)(1)(A), 134 Stat. 3388, 3611–12 (2021). Accordingly, the findings and sentence are **AFFIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court